THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK M. HALVERSON,<br><br>Defendant. | CASE NO. CR14-0164-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court, having considered the Defendant's motion to continue the trial date (Dkt. No. 19), which the United States does not oppose, and the balance of the record, hereby makes the following findings:

1. The Court finds that the ends of justice will be served by ordering the continuance in this case and that the continuance is necessary to ensure effective trial preparation by Defendant's counsel.  These factors outweigh the best interests of the Defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2. The Court further finds that the defense and government have thus far exercised due diligence, and that the failure to grant a continuance would deny counsel for Defendant the

1  reasonable time necessary for effective preparation. *See id.* § 3161(h)(7)(B)(iv).

2  3. Defendant Derek M. Halverson has waived his rights to a speedy trial through
3  December 15, 2014, 2014, under the Federal Speedy Trial Act, 18 U.S.C § 3161 *et seq.*, and the
4  Sixth Amendment of the United States Constitution. (Dkt. No. 19-2.)

5  It is therefore ORDERED that the trial date be continued from August 11, 2014, to
6  December 1, 2014. Pretrial motions shall be filed, briefed, and noted for the Court's
7  consideration no later than November 4, 2014.

8  It is further ORDERED that the period of time from August 11, 2014, to December 1,
9  2014 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

10  DATED this 9th day of July 2014.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER, CR14-0164-JCC
PAGE - 2